**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
(617) 748-9057
www.ca1.uscourts.gov

**DOCKETING STATEMENT INSTRUCTIONS**

1. Counsel for appellant must file a docketing statement for every case appealed or cross appealed to the First Circuit Court of Appeals. The docketing statement must be received by the court of appeals clerk's office within fourteen days after the case is docketed to be deemed timely filed. Copies must be served on all parties to the action below and proof of service must be attached.

2. The attorney filing the notice of appeal is responsible for filing the docketing statement, even if different counsel will handle the appeal. In the case of multiple appellants represented by separate counsel, the parties must confer and decide who will file the docketing statement. Appellants proceeding pro se may file a docketing statement, but are not required to do so.

3. Counsel's failure to file the docketing statement within the time set forth will cause the court to initiate the process for dismissal of the appeal under 1st Cir. R. 3.0.

4. If an opposing party concludes that the docketing statement is in any way inaccurate, incomplete or misleading, that party should file any additions or corrections to the docketing statement within fourteen days of service of the docketing statement, with copies to all other parties.

5. You must attach to the docketing statement:

   • Additional pages containing extended answers to questions on this form.

   • A certificate of service for this docketing statement indicating it has been served on all parties to the action below, if required by Fed. R. App. P. 25(d)(B).

# United States Court of Appeals
## For the First Circuit

_____

**DOCKETING STATEMENT**

**No.** 26-1406       **Short Title:** Jensen v. RICCC, et al.

**Type of Action**

- ☑ Civil
- ☐ Criminal/Prisoner
- ☐ Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from 4/8/26 (amended order entered 4/9/26)
   2. Date this notice of appeal filed 4/14/26
      If cross appeal, date first notice of appeal filed N/A
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) N/A
   4. Date of entry of order deciding above post-judgment motion N.A
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) N/A
      Time extended to N/A

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits? ☐ Yes ☑ No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)? ☐ Yes ☑ No
         If yes, explain
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule? ☑ Yes ☐ No
         If yes, explain Order granting motion for preliminary injunction, 28 U.S.C. 1292(a)(1).

C. Has this case previously been appealed? ☑ Yes ☐ No
   If yes, give the case name, docket number and disposition of each prior appeal
   Jensen v. RICCC, 25-1132, district court's judgment of dismissal reversed and case remanded.

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court? ☑ Yes ☐ No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
   If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
   If yes, is transcript already on file with district court? ☑ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party Justyna Jensen
      Attorney Jeffrey M. Jensen, Esq.
      Address 9903 Santa Monica Blvd. #890, Beverly Hills, CA 90212
      Telephone (310) 909-7043

   2. Adverse party
      Attorney
      Address
      Telephone

   3. Adverse party
      Attorney
      Address
      Telephone

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name *see attached adddendum
      Address
      Telephone

      Attorney's name
      Firm
      Address
      Telephone

   2. Appellant's name
      Address
      Telephone

      Attorney's name
      Firm
      Address
      Telephone

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Jeff Kidd

Date  4/29/26

*Jensen v. RICCC, et al.*, No. 26-1406

## <u>ADDENDUM TO DOCKETING STATEMENT</u>

D.     1. *Kenney v. R.I. Cannabis Control Commission, et al*, No. 26-1405 (1st Cir.)

Plaintiff John Kenney also raises a dormant Commerce Clause challenge to the same Rhode Island cannabis licensing statute that Plaintiff Justyna Jensen challenges under the dormant Commerce Clause in this case, and Defendants-Appellants similarly appeal from the District Court's order granting Plaintiff Kenney's preliminary injunction motion.

G.     1. Appellant's Name:

      Rhode Island Cannabis Control Commission
      560 Jefferson Boulevard
      Warwick, RI 02886
      (401) 921-3010

  Attorneys' Name:

      Katherine Connolly Sadeck
      Jeff Kidd
      R.I. Office of the Attorney General
      150 South Main St
      Providence, RI 02903
      (401) 274-4400

  2. Appellant's Name:

      Kimberly Ahern in Her Official Capacity[1]
      560 Jefferson Boulevard
      Warwick, RI 02886
      (401) 921-3010

  Attorneys' Name:

      Katherine Connolly Sadeck
      Jeff Kidd
      R.I. Office of the Attorney General
      150 South Main St
      Providence, RI 02903
      (401) 274-4400

---

[1] Kimberly Ahern's tenure as Chairperson of the Rhode Island Cannabis Control Commission officially ended on October 21, 2025; although a successor has not yet been nominated and confirmed, that eventual successor will be automatically substituted under Federal Rule of Appellate Procedure 43(c). *See* https://governor.ri.gov/press-releases/governor-mckee-announces-chairperson-kim-ahern-conclude-tenure-rhode-island-cannabis (Oct. 21, 2025).

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 29, 2026 I electronically filed the foregoing Docketing Statement with the United States Court of Appeals for the First Circuit through the Court's CM/ECF system and that a copy is available for viewing and downloading.  I have also caused a copy to be sent via U.S. First Class mail to the following on this 29th day of April 2026:

Jeffrey M. Jensen, Esq.
9903 Santa Monica Blvd. #890
Beverly Hills, CA 90212

*/s/ Jeff Kidd*