No. 26-1406

## UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

_____

**JUSTYNA JENSEN,**

**Plaintiff-Appellee,**

**v.**

**RHODE ISLAND CANNABIS CONTROL COMMISSION; KIMBERLY AHERN, in the official capacity,**

**Defendants-Appellants.**

---

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND
C.A. No. 1:24-cv-00191-MRD-LDA**

---

**DEFENDANTS-APPELLANTS' FIRST MOTION FOR EXTENSION OF
TIME TO FILE BRIEF AND APPENDIX**

---

Now come Defendants-Appellants, Rhode Island Cannabis Control

Commission and Michelle Reddish, in the official capacity only ("Defendants"),[1]

---

[1] Kimberly Ahern's tenure as Chairperson of the Rhode Island Cannabis Control Commission ended on October 21, 2025. *See* https://governor.ri.gov/press-releases/governor-mckee-announceschairperson-kim-ahern-conclude-tenure-rhode-island-cannabis (Oct. 21, 2025). On June 11, 2026, Michelle Reddish was confirmed as the new Chairperson and should be automatically substituted for former Chairperson Ahern pursuant to Federal Rule of Appellate Procedure 43(c). *See* https://pbn.com/r-i-senate-confirms-new-cannabis-control-commission-chair/ (June 12, 2026).

1

and hereby respectfully move for a thirty (30) day extension of time, up to and including July 23, 2026, to file their Brief and Appendix in the above matter. This is the first request for an extension and is made due to the press of other litigation matters in state and federal court.

Additionally, the Rhode Island General Assembly recently passed legislation materially amending Rhode Island's cannabis licensing laws, including the provisions that were the subject of the preliminary injunction that was issued by the District Court in this case and is now on appeal before this Court. *See* https://webserver.rilegislature.gov/BillText/BillText26/SenateText26/S3313.pdf. That legislation was signed into law by Governor Daniel J. McKee on June 10, 2026. *See* https://files.constantcontact.com/95de6620601/3eecdff4-8277-4bed-ace3-e11eb837dcb0.pdf. Accordingly, Defendants additionally request this extension of time to allow for the further review of these material legislative developments, which could result in the resolution of the issues presented in this appeal. As such, granting this extension would also promote the potential conservation of judicial and party resources.

Accordingly, Defendants respectfully request that this Court grant them up to and including July 23, 2026, to file their Brief and Appendix.

2

Respectfully Submitted,

Rhode Island Cannabis Control Commission
and Kimberly Ahern, in the official capacity

By:
**PETER F. NERONHA**
**ATTORNEY GENERAL**

*/s/ Jeff Kidd*
Jeff Kidd (Bar No. 1205262)
Special Assistant Attorney General
Office of the Attorney General
150 South Main St.
Providence, RI 02903
Tel: (401) 274-4400 Ext. 2225
Fax: (401) 222-2995
jkidd@riag.ri.gov

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on June 12, 2026, I filed and served the herein document through the electronic filing system on the attorney of record. The herein document electronically filed and served is available for viewing and/or downloading from the ECF Filing System.

*/s/ Jeff Kidd*

3