# United States Court of Appeals
## For the First Circuit

No. 26-1406

JUSTYNA JENSEN,

Plaintiff - Appellee,

v.

RHODE ISLAND CANNABIS CONTROL COMMISSION; KIMBERLY AHERN, in the
official capacity,

Defendants - Appellants.

**ORDER OF COURT**

Entered: June 29, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellants Kimberly Ahern
and Rhode Island Cannabis Control Commission to file a brief and appendix be enlarged to and
including **July 23, 2026**. Appellants' motion to stay appellate proceedings pending the district
court's resolution of their motion for an indicative ruling under Rule 62.1 remains pending before
the court and will be addressed in due course.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Matthew I. Shaw
Katherine Connolly Sadeck
Jeff Kidd
Patrick S. Reynolds
Chelsea Baittinger
Albin S. Moser
Jeffrey M. Jensen