# United States Court of Appeals
## For the First Circuit

No. 26-1406

JUSTYNA JENSEN,

Plaintiff - Appellee,

v.

RHODE ISLAND CANNABIS CONTROL COMMISSION; MICHELLE REDDISH, in the official capacity,

Defendants - Appellants.

**ORDER OF COURT**

Entered: July 16, 2026

This is an appeal from an order granting a preliminary injunction on April 9, 2026, in the District of Rhode Island. We have jurisdiction under 28 U.S.C. § 1292(a)(1). Defendants-Appellants Rhode Island Cannabis Control Commission and Michelle Reddish have filed a motion seeking to stay appellate proceedings pending the district court's resolution of their motion for an indicative ruling with respect to whether the underlying preliminary injunction is now moot and/or should be dissolved. Plaintiff-Appellee Justyna Jensen has not filed a response, and the time to do so has passed.

After careful consideration, the unopposed motion is <u>granted</u>. The proceedings in this appeal are stayed pending further order of this court. Defendants-Appellants shall file a status report within fourteen (14) days of the entry of this order and every fourteen (14) days thereafter. Defendants-Appellants shall promptly inform this court of any relevant rulings in the district court and shall file an appropriate motion regarding further proceedings in this appeal.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Matthew I. Shaw, Katherine Connolly Sadeck, Jeff Kidd, Patrick S. Reynolds, Chelsea Baittinger, Albin S. Moser, Jeffrey M. Jensen